THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANGELO DAVID PENQUE, #A6110619 | ) CIV. NO. 20-00338 DKW-WRP ) |
| Plaintiff, | ) ORDER DENYING MOTION TO ) PROCEED IN FORMA PAUPERIS ) |
| vs. | ) ) |
| DEP'T OF PUBLIC SAFETY, et al., | ) ) |
| Defendants. | ) ) |
| _____ | ) |

Before the court is Plaintiff's Motion to Proceed In Forma Pauperis.  ECF No. 2.  The Motion is not on a court form, lacks certification by prison officials regarding the amount currently in Plaintiff's account, and lacks an account statement showing all deposits and withdrawals for the preceding six months.  *See* 28 U.S.C. § 1915(a)(2).  Plaintiff's Motion is DENIED as incomplete.

Plaintiff is DIRECTED to submit a complete in forma pauperis application on a form provided by the Clerk of Court that contains the information listed above on or before August 21, 2020.  Failure to timely do so will result in **automatic dismissal** of this suit without prejudice.  *See* Fed. R. Civ. P. 41(b); *see also Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995).  The court will take no action on Plaintiff's submissions until he has either paid the $400.00 civil filing fee or is granted in forma pauperis status.

The Clerk of Court is DIRECTED to send Plaintiff an Application To Proceed In Forma Pauperis By A Prisoner so that he can comply with this Order.

IT IS SO ORDERED.

DATED: August 10, 2020 at Honolulu, Hawaii.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Angelo David Penque v. Dep't of Public Safety, et al*; Civil No. 20-00338 DKW-WRP; **ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS**

*Penque v. Dep't of Public Safety, et al.,* No. 1:20-cv-00338 DKW-WRP