IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANGELO DAVID PENQUE, #A6110619,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF PUBLIC SAFETY, *et al.*,<br><br>Defendants. | Civil No. 20-00338 DKW-WRP<br><br>SERVICE ORDER |

### SERVICE ORDER

In its December 11, 2020 Order Dismissing First Amended Complaint in Part with Partial Leave to Amend ("December 11, 2020 Order"), the court concluded that Plaintiff Angelo David Penque's ("Penque") denial-of-medical-care claim in Count II against Nurse Jennifer Lopez could proceed. *See* ECF No. 16 at 12–13.  The court granted Penque partial leave to amend his other claims by January 8, 2021. *Id.* at 16.  The court also informed Penque that if he failed to submit a timely amended complaint, the court would order the First Amended Complaint, as limited by the December 11, 2020 Order, served on Nurse Lopez without further notice.  *Id.* at 16–17.

On January 6, 2021, the court granted Penque's motion to extend the January 8, 2021 deadline until February 8, 2021. ECF No. 18. On February 9, 2021, the court granted Penque's motion to extend the deadline a second time until April 9, 2021. ECF No. 20. In granting this extension, the court again informed Penque that if he failed to submit a timely amended complaint, the court would order the First Amended Complaint, as limited by the December 11, 2020 Order, served on Nurse Lopez. ECF No. 20. Penque did not file an amended complaint by the April 9, 2021 deadline.

IT IS HEREBY ORDERED:

(1) The Clerk shall send the U.S. Marshal a copy of the December 11, 2020 Order, ECF No. 16, the First Amended Complaint, ECF No. 15, and one separate completed summons for Defendant Nurse Jennifer Lopez. The U.S. Marshal shall open a file and retain these documents for use in the event that Nurse Lopez declines to waive service of the summons.

(2) Per agreement with the Department of Public Safety, the Clerk shall provide by electronic means to DPS litigation coordinators Laurie Nadamoto, Esq. and Shelley Harrington, Esq.: (a) a copy of the First Amended Complaint, ECF No. 15, and any exhibits, and a completed Notice of Lawsuit and Request for Waiver of Service of Summons form separately addressed to Defendant Nurse

Jennifer Lopez; and (b) two completed Waiver of Service of Summons forms for Defendant Nurse Lopez.

(3) Defendant Nurse Jennifer Lopez shall have 30 days after the request for waiver of service of summons is sent to return the waiver to the U.S. Marshal, who shall file the waiver with the court. If Defendant Nurse Lopez fails to do so within that time, the U.S. Marshal shall NOTIFY THE COURT, which will direct the U.S. Marshal to personally serve the summons and complaint on Defendant Nurse Lopez. Under these circumstances, a personally served Defendant will be required to pay the costs of service.

(4) Defendant Nurse Jennifer Lopez shall file a response to the First Amended Complaint within 60 days after electronic service if formal service is waived, or 45 days if service of the summons is not waived.

(5) Penque shall notify the court within one week of any change of address. This notice shall contain only information about the change of address and its effective date and shall not include requests for other relief. Failure to do so may result in dismissal of the action for failure to prosecute under Federal Rule of Civil Procedure 41(b).

(6) After Defendant Nurse Jennifer Lopez has filed a response to the First Amended Complaint, Penque's documents are deemed served on any Defendant or their attorney(s) who participate in the court's Case Management Electronic Case

Filing (CM/ECF) system.  The U.S. Marshal is not responsible for serving documents after service of the operative pleading.

IT IS SO ORDERED.

DATED: April 23, 2021 at Honolulu, Hawaii.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Angelo David Penque v. Department of Public Safety, et al.*; Civil No. 20-00338 DKW-WRP; **SERVICE ORDER**